UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOMENS MARKETING, INC. doing business as Stella Rising,

                Plaintiff,

-against-

CHARLES & COLVARD, LTD.,

                Defendant.

25-CV-4771 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter and proposed case management plan due September 2, 2025 and the initial pretrial conference scheduled for September 9, 2025 are adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **August 11, 2025**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: July 28, 2025
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge