UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WOMEN'S MARKETING, INC. d/b/a STELLA RISING,<br><br>      Plaintiff,<br><br>   -against-<br><br>CHARLES & COLVARD, LTD.,<br><br>      Defendant. | 25-CV-4771 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

On September 4, 2025, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2. *See* ECF No. 18.

On September 12, 2025, the Court issued an Order to Show Cause ordering Defendant to respond in writing no later than September 26, 2025, as to why an order should not be issued granting a default judgment against Defendant. ECF No. 21. The Court warned that if Defendant failed to respond by that date, judgment may be entered against it. *Id*. Defendant failed to file anything by that deadline.

Accordingly, a default judgment should be entered against the Defendants. Further, it is hereby ORDERED that all parties appear for a conference with the Court on January 21, 2026, at 2:30 p.m. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 747142258#. The parties should be prepared to discuss the judgment to be entered following the default judgment.

The Clerk of Court is directed to terminate ECF No. 18.

      SO ORDERED.

Dated: December 8, 2025
      New York, New York

                                         JESSICA G. L. CLARKE
                                         United States District Judge