**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| WOMEN'S MARKETING, INC. d/b/a STELLA RISING, | ) ) ) | No. 25-cv-04771-JGLC |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| CHARLES & COLVARD, LTD., | ) ) | |
| Defendant. | ) | |

**JUDGMENT**

AND NOW, this 11 day of February, 2026, pursuant to Plaintiff Women's Marketing, Inc. d/b/ Stella Rising's submission of its Proposed Judgment and upon consideration of its Motion for Default Judgment against Defendant Charles & Colvard, Ltd., it is hereby

**ORDERED, ADJUDGED AND DECREED** that Default Judgment is entered in favor of Plaintiff Women's Marketing, Inc. d/b/a Stella Rising and against Defendant Charles & Colvard, Ltd. in the total amount of **$205,089.28** calculated as follows:

    (i)       Outstanding Principal – $184,815.36

    (ii)      Pre-Judgment Interest (Dec. 1, 2024 – Feb. 10, 2026) – $19,868.92

    (iii)    Court Filing Fee(s) – $405.00.

The Clerk of Court is directed to close this case.

Dated: February 11, 2026
     White Plains, New York

_Jessica Clarke_
_____
Hon. Jessica G. L. Clarke, District Judge